**Order entered January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00692-CV

## IN THE INTEREST OF N.L.T., A CHILD

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF04-10316-Z

## No. 05-13-00693-CV

## IN THE INTEREST OF M.T., A CHILD

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF06-08087-U

## ORDER
Before Justices Francis and Lang-Miers and Chief Justice Thomas, Ret.[1]

Before the Court is appellant Sharon Thomas's Motion for Ruling on Recusal Issues on

Appeal.  The motion is **DENIED**.


/Linda Thomas/
LINDA THOMAS
CHIEF JUSTICE, RET.

---

[1] The Honorable Linda Thomas, Chief Justice of the Court of Appeals for the Fifth District of Texas – Dallas, Retired, sitting by assignment.